

# COURT OF APPEALS

REBECA C. MARTINEZ
CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ, CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 20, 2023

## TRANSFER CERTIFICATE

Pursuant to and in compliance with an Order of the Supreme Court of Texas, signed on December 22, 2022, Misc. Docket No. 22-9115, the following cases now on the docket of this Court are transferred to the to the Court of Appeals for the Eight Judicial District, El Paso, Texas, and the undersigned Clerk of this Court certifies that all necessary orders and papers in said cases are herewith transferred to the Clerk of the Court of Appeals for the Eight Judicial District on January 20, 2023.

| CASE NUMBER | STYLE OF CASE | |
|---|---|---|
| 04-22-00816-CV | ETC Texas Pipeline, Ltd. and LG PL, LLC | Ageron Energy, LLC |
| 04-22-00821-CR | Robert Ray Roberts | The State of Texas |
| 04-22-00822-CR | Sean Garison McNerthney | The State of Texas |
| 04-22-00824-CR | Douglas Eugene Jahns | The State of Texas |
| 04-22-00825-CR | Andrew Like | The State of Texas |
| 04-22-00826-CV | Steven L. Bruington and Nancy Bruington | Chesmar Homes, LLC, Sekisui House and Yantis Corporation |
| 04-22-00827-CV | Roy Gentry Clarke | Rexann Passmore Clarke |
| 04-22-00828-CV | Whataburger Restaurants LLC | Rosa Elia Fuentes |
| 04-22-00830-CR | David Anthony Chapa | The State of Texas |
| 04-22-00832-CV | In the Estate of Ramona Ledezma | |
| 04-22-00833-CR | Rocio Viviana Moncada Flores | The State of Texas |

| | | |
|---|---|---|
| 04-22-00839-CV | Crystal City Independent School District | Magdalena Flores |
| 04-22-00840-CR | David Anthony Chapa | The State of Texas |
| 04-22-00844-CR | Juan Jose Ortega | The State of Texas |
| 04-22-00846-CR | Marisa Juarez | The State of Texas |
| 04-22-00849-CR | Juan David Ortiz | The State of Texas |
| 04-22-00850-CR | Richard Anthony Montez | The State of Texas |
| 04-22-00853-CR | Matthew Salazar | The State of Texas |
| 04-22-00854-CR | Matthew Salazar | The State of Texas |
| 04-22-00855-CV | Atwell, LLC | DCP Operating Company, LP; DCP Sand Hills Pipeline |
| 04-22-00856-CV | 5622 Equity DE, LLC and real property located at 5622 Evers Road, San Antonio, Texas 78238 | City of Leon Valley |
| 04-22-00858-CV | Lana Lewis | Victor C. Huff |

I, Michael A. Cruz, Clerk of the Fourth Court of Appeals at San Antonio, Texas, hereby certify that the foregoing is a true and correct list of the cases transferred to the Court of Appeals for the Eight Court of Appeals at Corpus Christi, Texas, as previously ordered by the Supreme Court of Texas as the same appears of record in the minutes of this Court.

Very truly yours,
MICHAEL A. CRUZ, CLERK OF COURT

Michael A. Cruz
Clerk of Court